UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDY HOPKINS, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTO, INC. d/b/a/ EOS CCA; US ASSET MANAGEMENT, INC.; and John Does 1 to 10,<br><br>Defendants. | Civ. No. 2:19-cv-18661 (WJM)<br><br>ORDER |

**WILLIAM J. MARTINI, U.S.D.J.:**

The matter comes before the Court on Defendants' Motion to Dismiss, ECF No. 9. For the reasons set forth in the accompanying opinion,

IT IS on this 16th day of April, 2020,

**ORDERED** that Defendant's motion is **GRANTED**. Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**.

                              /s/ William J. Martini
                              **WILLIAM J. MARTINI, U.S.D.J.**